FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Energy Policy Advocates )
_____ )
*Plaintiff* )
)
v. )   Civil Action No. 1:22-cv-298
)
U.S. Environmental Protection Agency )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Environmental Protection Agency
c/o U.S. Attorney's Office
Attn.: Civil Process Clerk
555 Fourth Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: __2/10/22__     *Natalee McClure*
_____
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Energy Policy Advocates )
_____ )
*Plaintiff* )
)
v. )   Civil Action No. 1:22-cv-298
)
U.S. Environmental Protection Agency )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   (Defendant's name and address)   U.S. Environmental Protection Agency
c/o U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  2/10/22    *Natalee McClure*
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Energy Policy Advocates<br>*Plaintiff*<br>v.<br>U.S. Environmental Protection Agency<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 1:22-cv-298<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Environmental Protection Agency
c/o Jeffrey Prieto, General Counsel
1200 Pennsylvania Ave NW
Mail Code 2310A
Washington, DC 20460

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 2/10/22

*Natalee McClure*
*Signature of Clerk or Deputy Clerk*

