UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendant. | Civil Action No. 22-0298 (TJK) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephen DeGenaro as counsel of record for the Defendant in the above captioned case.

Dated: March 7, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Stephen DeGenaro*
　　　　　　　　　　　　　　　　　　　STEPHEN DEGENARO
　　　　　　　　　　　　　　　　　　　D.C. Bar #1047116
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 Fourth Street, NW
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 252-7229
　　　　　　　　　　　　　　　　　　　Stephen.Degenaro@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*