UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,  )<br>  )<br>Plaintiff,  )<br>  )<br>v  )<br>  )<br>UNITED STATES ENVIRONMENTAL  )<br>PROTECTION AGENCY,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 22-0298 (TJK) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant United States Environmental Protection Agency, respectfully moves for an extension of time from March 21, 2022, until April 4, 2022, to respond to Plaintiff's Complaint. Counsel for the Parties conferred pursuant to Local Civil Rule 7(m) and Plaintiff graciously consents to the requested relief. There are no other deadlines in this case, and this is Defendant's first motion for an extension of time. The grounds for this motion are set forth below.

There is good cause for granting the requested enlargement of time. Plaintiff's action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeks records relating to topics involving the National Ambient Air Quality Standards and the Paris Climate Agreement. The undersigned counsel for Defendant has a substantial docket of active cases with many deadlines and needs a reasonable amount of additional time to learn more about the status of Plaintiff's FOIA request in the processing queues and other information on Defendant's response to the Complaint. Additional time is also necessary for the undersigned to investigate the underlying claims in this case to prepare a proper response for agency and supervisory review prior to filing with the Court.

- 2 -

For the foregoing reasons, Defendant respectfully requests that the Court grant this consent motion and extend the deadline to April 4, 2022, for Defendant to file its initial response to Plaintiff's Complaint.  A proposed order is attached.

Dated: March 7, 2022

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES, D.C. Bar #481502
                                  United States Attorney

                                  BRIAN P. HUDAK
                                  Acting Chief, Civil Division

By:     */s/ Stephen DeGenaro*
        STEPHEN DEGENARO
        D.C. Bar #1047116
        Assistant United States Attorney
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-7229
        stephen.degenaro@usdoj.gov

*Attorneys for Defendants*