UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>Plaintiff,<br><br>v<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 22-0298 (TJK) |

## [PROPOSED] ORDER

Upon consideration of the Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, any responses thereto, and the entire record in this case, and good cause having been shown, it is this _____ day of ___, 2022 hereby

**ORDERED** that Defendant's Motion is Granted; and it is further

**ORDERED** that the time for Defendant to respond to Plaintiff's Complaint is hereby extended up to and including April 4, 2022.

_____  
DATE

_____  
TIMOTHY J. KELLY  
UNITED STATES DISTRICT JUDGE