UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Civil Action No. 22-0298 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report, and the entire record, it is hereby

**ORDERED** that the parties file a Joint Status Report no later than June 16, 2022, updating the Court on the status of Plaintiff's FOIA request.

It is **SO ORDERED**.

_____          _____
Date                            TIMOTHY J. KELLY
                                UNITED STATES DISTRICT JUDGE