UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 22-0298 (TJK) |

### [PROPOSED] ORDER

Upon consideration of the Joint Status Report, and the entire record, it is hereby

**ORDERED** that the parties file a Joint Status Report no later than July 15, 2022, updating the Court on the status of Plaintiff's FOIA request.

It is **SO ORDERED**.

_____
Date

_____
TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE