UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-0298 (TJK)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiff, Energy Policy Advocates, and Defendant, United States Environmental Protection Agency ("EPA"), by and through undersigned counsel, hereby file this Joint Status Report. Plaintiff's action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeks records relating to topics involving the National Ambient Air Quality Standards and the Paris Climate Agreement. Plaintiff filed the Complaint on February 4, 2022 (ECF No. 1) and Defendant filed its Answer on April 4, 2022 (ECF No. 5). The status of Defendant's searches and records processing and a proposed schedule for proceeding is below.

**STATUS OF PLAINTIFF'S FOIA REQUEST**

As previously reported, Defendant represents that it has completed its search for responsive records, and produced responsive records subject to appropriate withholdings to Plaintiff on March 31, 2022, and Defendant had provided Plaintiff with a draft *Vaughn* index on June 10, 2022. Since the last Joint Status Report, Plaintiff asked some additional questions of Defendant, and Defendant provided Plaintiff with an updated draft *Vaughn* index. Plaintiff and its counsel are currently reviewing the *Vaughn* index. Counsel for Plaintiff and Defendant will then confer in good faith

and attempt to resolve or narrow any issues that may remain upon completion of Plaintiff's review and to agree upon a proposed briefing schedule if necessary.

## **NEXT JOINT STATUS REPORT**

The parties respectfully propose that they submit a Joint Status Report in approximately 30 days, on August 15, 2022, to advise the Court whether further proceedings are necessary.

Dated:  July 15, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Stephen DeGenaro*
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendant*

*/s/ Matthew. D. Hardin*, D.C.Bar No. 1032711
HARDIN LAW OFFICE
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*