UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENERGY POLICY ADVOCATES,                    )
                                            )
          Plaintiff,                        )
                                            )
     v.                                     )          Civil Action No. 22-0298 (TJK)
                                            )
UNITED STATES ENVIRONMENTAL                 )
PROTECTION AGENCY,                          )
                                            )
          Defendant.                        )
                                            )

## [PROPOSED] ORDER

Upon consideration of the Joint Status Report, and the entire record, it is hereby

**ORDERED** that the parties file a Joint Status Report no later than September 15, 2022,

updating the Court on the status of Plaintiff's FOIA request.

     It is **SO ORDERED**.


_____                    _____
Date                                       TIMOTHY J. KELLY
                                           UNITED STATES DISTRICT JUDGE