# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-0298 (TJK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Anna D. Walker as counsel of record for Defendant in this matter.

Dated: October 14, 2022                Respectfully submitted,

By: */s/ Anna D. Walker*
ANNA D. WALKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 252-2544
anna.walker@usdoj.gov