UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 22-0298 (TJK) |

### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1)(A), Defendant, the United States Environmental Protection Agency (the "Agency), by and through undersigned counsel, respectfully moves for a two-week extension of time, up to and including October 28, 2022, to file the parties' joint status report, which is currently due today, October 14, 2022. This is Defendant's first request for an extension of this deadline in this Freedom of Information Act ("FOIA") case. Pursuant to Local Rule 7(m), the parties conferred, and Plaintiff, through counsel, consents to this request. As described in more detail below, good cause exists to grant Defendant's motion.

Plaintiff's FOIA case seeks records relating to topics involving the National Ambient Air Quality Standards and the Paris Climate Agreement. *See* ECF No. 10. Plaintiff filed the Complaint on February 4, 2022, *see* ECF No. 1, and Defendant filed its Answer on April 4, 2022, *See* ECF No. 5. Thereafter, the parties have been appraising the court as to the status of this case in monthly joint status reports. The next joint status report is due today, October 14, 2022. *See* Sept. 15, 2022 Min. Order.

1

Defendant now seeks additional time to file this joint status report due to recent discussions between the parties' that occurred this morning, regarding how many disputes remain in this case. In short, the parties disagree on how many disputes remain in this case and would like additional time to confer further on this issue before raising the issue in a joint status report with the Court. This additional time is also being requested because Defendant needs time for both the Agency and the Department of Justice to review any substantive changes made to the most recently circulated draft joint status report—time that the Defendant did not have today on such short notice. Defendant, accordingly, regrets filing this motion on short notice, with the Court, as well.

This request is being sought in good faith and not for the purpose of gaining any unfair advantage through delay. The requested extension will not impact any other deadlines, as no other deadlines are currently set for this case.

WHEREFORE, Defendant respectfully requests that the Court extend time for the parties to file a joint status report, up to and including October 28, 2022. A proposed Order consistent with this request is attached as follows.

\*   \*   \*

Dated: October 14, 2022

Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       Anna D. Walker
    ANNA D. WALKER
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-255-2455
    anna.walker@usdoj.gov

*Counsel for Defendant*