UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 22-0298 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time and for the reasons contained therein and the entire record, it is hereby

ORDERED that for good cause shown, Defendant's Motion is GRANTED; it is further

ORDERED that the time for the parties to file a further joint status report is extended to October 28, 2022.

Dated: _____                    _____
                                          TIMOTHY J. KELLY
                                          United States District Judge