# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 22-0298 (TJK) |

## JOINT STATUS REPORT

Plaintiff, Energy Policy Advocates, and Defendant, United States Environmental Protection Agency, by and through undersigned counsel, hereby file this Joint Status Report. Plaintiff's action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeks records relating to topics involving the National Ambient Air Quality Standards and the Paris Climate Agreement. Plaintiff filed the Complaint on February 4, 2022 (ECF No. 1) and Defendant filed its Answer on April 4, 2022 (ECF No. 5).

The parties now report as follows: the status of this matter remains as it was described at ECF No. 12 and ECF No. 10, except that:

1) Defendant states that it has made a determination about the one disputed withholding referenced in the parties' September 15, 2022 Joint Status Report and discretionarily released that one withholding on October 25, 2022. .

2) Plaintiff states that Defendant has made a release but does not agree with Defendant's characterization of the release or the relationship between the release and the September 15 status report.

The parties agree that they wish to continue discussions rather than set an immediate briefing schedule, and respectfully submit that this Court should require an additional Joint Status Report on December 16, 2022, if no Stipulation of Dismissal is filed prior to that date.

*   *   *

| | |
|---|---|
| Dated:  October 28, 2022 | Respectfully submitted, |
| | MATTHEW M. GRAVES<br>D.C. Bar #481052<br>United States Attorney |
| | BRIAN P. HUDAK<br>Chief, Civil Division |
| | STEPHEN DEGENARO<br>D.C. Bar #1047116 |
| | */s/ Anna D. Walker*<br>ANNA D. WALKER<br>Assistant United States Attorney<br>United States Attorney's Office<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2544<br>anna.walker@usdoj.gov |
| | *Counsel for Defendant* |
| | */s/ Matthew. D. Hardin*, D.C.Bar No. 1032711<br>HARDIN LAW OFFICE<br>1725 I Street NW, Suite 300<br>Washington, DC 20006<br>Phone: 202-802-1948<br>Email: MatthewDHardin@protonmail.com |
| | *Counsel for Plaintiff* |