UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 22-0298 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report, and the entire record, it is hereby

**ORDERED** that the parties shall file a Stipulation of Dismissal by December 16, 2022, or otherwise file a Joint Status Report, if this matter is not resolved by that same date.

It is **SO ORDERED**.

_____                                  _____
Date                                                                TIMOTHY J. KELLY
                                                                            UNITED STATES DISTRICT JUDGE