UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　　)<br>　　　　　　　　　　　　　　　　) | Civil Action No. 22-0298 (TJK) |

**JOINT STATUS REPORT**

Plaintiff, Energy Policy Advocates, and Defendant, United States Environmental Protection Agency ("EPA"), by and through undersigned counsel, hereby file this Joint Status Report. Plaintiff's action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeks records relating to topics involving the National Ambient Air Quality Standards and the Paris Climate Agreement. Plaintiff filed the Complaint on February 4, 2022 (ECF No. 1) and Defendant filed its Answer on April 4, 2022 (ECF No. 5). The status of Defendant's searches and records processing and a proposed schedule for proceeding is below.

As previously reported, Defendant discretionarily released certain previously redacted information in one responsive record and produced an updated version of that record, as well as a draft *Vaughn* index. At this point, the parties have narrowed some of the issues that require resolution, but do not expect to fully resolve the issues with respect to Plaintiff's challenges because Plaintiff intends to challenge withholdings made by Defendant pursuant to Exemption 5.

Accordingly, the parties have conferred and respectfully propose the following schedule to govern summary judgment briefing:

| Date | Filing |
|---|---|
| January 27, 2023 | Defendant will file its motion for summary judgment |
| February 24, 2023 | Plaintiff will file its opposition and any cross motion for summary |
| March 24, 2023 | Defendant will file its opposition and reply |
| April 21, 2023 | Plaintiff will file its reply |

A proposed order is attached for the Court's convenience.

Dated:  December 16, 2022     Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Stephen DeGenaro*
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendant*

*/s/ Matthew. D. Hardin*, D.C.Bar No. 1032711
HARDIN LAW OFFICE
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*