UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |                              |
|---|---|---|
| ENERGY POLICY ADVOCATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-0298 (TJK) |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report, and the entire record, it is hereby

**ORDERED** that the following schedule shall govern summary judgment in this matter:

| Date | Filing |
|---|---|
| January 27, 2023 | Defendant will file its motion for summary judgment |
| February 24, 2023 | Plaintiff will file its opposition and any cross motion for summary |
| March 24, 2023 | Defendant will file its opposition and reply |
| April 21, 2023 | Plaintiff will file its reply |

It is **SO ORDERED**.

_____            _____
Date                                                    TIMOTHY J. KELLY
                                                              UNITED STATES DISTRICT JUDGE