UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ASSOCIATES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 22-0298 (TJK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Energy Policy Associates filed a complaint in this Court on February 4, 2022, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, demanding that Defendant the United States Environmental Protection Agency produce certain records sought in Plaintiff's September 28, 2021, FOIA request. Defendant, by and through their undersigned attorneys, now move under Federal Rule of Civil Procedure 56, as there are no genuine issues of material fact remaining and Defendant is entitled to judgment as a matter of law. In support of this motion, Defendant refers the Court to the accompanying memorandum of points and authorities, the Declaration of John Shoaff and accompanying exhibits, the statement of material facts not genuinely in dispute, and a proposed order.

\* \* \*

Dated: January 27, 2023                    Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

MICHAEL BACHARACH
Special Assistant United States Attorney
*Application for admission to the United States District Court for the District of Columbia submitted and pending approval.*

By:     */s/ Stephen DeGenaro*

STEPHEN DEGENARO
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D St., NW.
Washington, D.C. 20530
Tel: (202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*