UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ASSOCIATES,<br><br>                Plaintiff,<br><br>                v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 22-0298 (TJK)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's opposition, any cross-motions thereto, and the entire record herein, it is hereby ORDERED that Defendant's motion is GRANTED.

It is further ORDERED that judgment is entered in favor of Defendant in this Freedom of Information Act litigation.

This is a final appealable order.

SO ORDERED.

_____                                          _____
Dated                                                                                   TIMOTHY J. KELLY
                                                                                              United States District Judge