IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,        ) | |
|                                 ) | |
|         Plaintiff,              ) | |
|                                 ) | |
| v.                              ) | Civil Action No. 22-0298 (TJK) |
|                                 ) | |
| UNITED STATES ENVIRONMENTAL     ) | |
| PROTECTION AGENCY,              ) | |
|                                 ) | |
|         Defendant.              ) | |

**MOTION FOR LEAVE TO FILE**
**AMENDED RESPONSE TO STATEMENT OF MATERIAL FACTS**

NOW COMES Energy Policy Advocates, and moves for leave to file the attached Amended Response to the Statement of Material Facts filed by the Environmental Protection Agency in its Motion for Summary Judgment. In support of this Motion, Plaintiff states as follows:

1. This Court has a standing order on its website[1] which appears to require responses to statements of material fact to be formatted in a particular manner. The standing order was never filed into this case, however, and so undersigned counsel for the Plaintiff was not made aware of it. Undersigned counsel timely filed a response to the Environmental Protection Agency's Motion for Summary Judgment, but did not comply with the formatting requirements of the Standing Order.

---

[1] https://www.dcd.uscourts.gov/sites/dcd/files/Civil%20Standing%20Order%20Template%20%28Revised%20March%202021%29.pdf.

2. Plaintiff conferred with the defense regarding this Motion. Defense counsel responded as follows: "the government takes no position on your asking for relief to file a corrected statement of facts nunc pro tunc."

3. The attached response comports with the Court's standing order in terms of its formatting but does not materially alter the posture of the case.

WHEREFORE, Plaintiff moves for leave to file the attached amendment.

Respectfully submitted this the 22nd day of March, 2023,

ENERGY POLICY ADVOCATES

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com