# DeGenaro, Stephen (USADC)

| | |
|---|---|
| **From:** | DeGenaro, Stephen (USADC) |
| **Sent:** | Tuesday, February 28, 2023 8:37 AM |
| **To:** | The Law Office of Matthew D. Hardin, PLLC; Matt Hardin |
| **Cc:** | Chris Horner |
| **Subject:** | Re: [EXTERNAL] Re: Activity in Case 1:22-cv-00298-TJK ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY Response to motion |

You can represent that the government takes no position on your asking for relief to file a corrected statement of facts nunc pro tunc.

Get Outlook for iOS

---

**From:** The Law Office of Matthew D. Hardin, PLLC <hardinlawpllc@icloud.com>
**Sent:** Monday, February 27, 2023 9:40:52 PM
**To:** Matt Hardin <matthewdhardin@gmail.com>; DeGenaro, Stephen (USADC) <SDeGenaro@usa.doj.gov>
**Cc:** Chris Horner <chris@govoversight.org>
**Subject:** [EXTERNAL] Re: Activity in Case 1:22-cv-00298-TJK ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY Response to motion

Good evening,

It came to my attention that I did not follow the procedures required by the standing order in this case for responding to your statement of undisputed facts. Therefore, I intend to file a motion to amend our opposition and bring it into compliance. Can you tell me whether you consent or oppose? If you consent, of course, we will happily extend the deadline for your reply.

Best,

Matthew D. Hardin
**Hardin Law Office**
DC Office: 202-802-1948
NYC Office: 212-680-4938
Cell: (434) 202-4224
Email: HardinLawPLLC@icloud.com

> Received from dcd_ecfnotice@dcd.uscourts.gov < DCD_ECFNotice@dcd.uscourts.gov > on Feb 24, 2023 at 10:40 PM:
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> **U.S. District Court**

District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Hardin, Matthew on 2/24/2023 at 10:39 PM EDT and filed on 2/24/2023

**Case Name:** ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY
**Case Number:** 1:22-cv-00298-TJK
**Filer:** ENERGY POLICY ADVOCATES
**Document Number:** 17

**Docket Text:**
**RESPONSE re [16] MOTION for Summary Judgment filed by ENERGY POLICY ADVOCATES. (Attachments: # (1) Statement of Facts)(Hardin, Matthew)**

**1:22-cv-00298-TJK Notice has been electronically mailed to:**

Anna Davis Walker     Anna.Walker@usdoj.gov, CaseView.ECF@usdoj.gov, sharon.davenport@usdoj.gov

Christopher Cochran Horner     chris@chornerlaw.com, chris@govoversight.org

Matthew D. Hardin     MatthewDHardin@gmail.com, HardinLawPLLC@icloud.com, HardinLawPLLC@outlook.com, Matt@MatthewHardin.com, MatthewDHardin@protonmail.com

Stephen DeGenaro     Stephen.DeGenaro@usdoj.gov, CaseView.ECF@usdoj.gov, EPaxton@usa.doj.gov

**1:22-cv-00298-TJK Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**
**Original filename:**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/24/2023] [FileNumber=8179771-0]
[88fed0b4d143d50f7d5d39f6cc472ea91775d84e09f1374248e9c554a579a423930d
da5412128840aff7dd1baeabe685a85187288c45948d8d68a1df5813eec3]]
**Document description:** Statement of Facts
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/24/2023] [FileNumber=8179771-1]
[a1516fc457a4bb689855c295fc7443fdf1c6b989db237abb3fff7da51cb499ead650
e1e8dff13ea09dba74a7e372eb1e9303943a26caa7df7cbc5d59ead69d7e]]
Main Document suppressed