**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ENERGY POLICY ADVOCATES,      )
                                   )
          Plaintiff,          )
                                   )
v.                                )      Civil Action No. 22-0298 (TJK)
                                 )
UNITED STATES ENVIRONMENTAL  )
PROTECTION AGENCY,            )
                                 )
          Defendant.      )

**MOTION FOR LEAVE TO FILE**
**SUR-REPLY BRIEF**

NOW COMES Energy Policy Advocates, and moves for leave to file the attached Sur-Reply Brief in Opposition to the Defendant's Motion for Summary Judgment in this matter. In support of this Motion, Plaintiff states as follows:

1. Plaintiff reached out to counsel for the defense requesting their consent for filing of this brief on March 30, 2023, including a statement of what Plaintiff asserts consists of good cause for filing. Exhibit A. The defense rejected Plaintiff's request by email dated April 3, 2023. Exhibit B. The Defendant therefore opposes this request.

2. Plaintiff respectfully submits that good cause for the filing of a sur-reply brief exists, for reasons including the following:

    a. The defense made arguments for the first time in its Reply Brief, which Plaintiff should, in fairness, be entitled to rebut. These arguments center on what the defense asserts is an inaccurate Statement of Material Facts, and what the defense asserts is its foreseeable harm from release of certain requested information.

b.  Following Plaintiff's February 24, 2023 filing of its Opposition to Summary

Judgment in this matter, ECF No. 17, on March 1, 2023 the author of the

PowerPoint at issue here, Joseph Goffman, addressed a core issue in this case

in testimony before Congress. Exhibit C. That issue is the impact of recent

Supreme Court jurisprudence directly pertaining to the Environmental

Protection Agency's ability to "deliberate" on approaches discussed in that

PowerPoint, which directly speaks to the Agency's (lack of) foreseeable harm

related to such "deliberations. This testimony was only published after the

Plaintiff's initial Opposition in this matter was filed, such that Plaintiff has

had no previous opportunity to raise the import of the testimony.

WHEREFORE, Plaintiff moves for leave to file the attached amendment.

Respectfully submitted this the 10th day of April, 2023,

ENERGY POLICY ADVOCATES

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com