**Date:** Mar 30, 2023 at 10:38 AM
**From:** Matt Hardin <matthewdhardin@gmail.com>
**To:** <derek.hammond@usdoj.gov> , Walker, Anna (USADC) <anna.walker@usdoj.gov> , <kartik.venguswamy@usdoj.gov> , Chris Horner <chris@chornerlaw.com> , Chris Horner <chris@govoversight.org> , Matt Hardin <matthewdhardin@gmail.com>
**Cc:** <stephen.degenaro@usdoj.gov>
**Subject:** Fwd: [EXTERNAL] Activity in Case 1:22-cv-00298-TJK ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY Response to motion

---

Good morning,

I received an auto-reply from AUSA Stephen DeGenaro in reference to the below email, which instructed me to reach out to AUSAs Hammond, Walker, and Venguswamy. Accordingly, I am now forwarding the below email and requesting that the government provide its position on the filing of a sur-reply brief.

Thank you,

**Matthew D. Hardin**
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

---

Forwarded Message:

**Date:** Mar 30, 2023 at 10:32 AM
**Subject:** Re: [EXTERNAL] Activity in Case 1:22-cv-00298-TJK ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY Response to motion
**From:** The Law Office of Matthew D. Hardin, PLLC < hardinlawpllc@icloud.com >
**To:** DeGenaro, Stephen (USADC) < Stephen.DeGenaro@usdoj.gov >
**Cc:** Matt Hardin < matthewdhardin@gmail.com >, Chris Horner < chris@govoversight.org >

Good morning,

We intend to file a Motion for Leave to file a Sur-Reply in this matter. We are inclined to agree with your argument in the Reply Brief that we are not entitled to file as a matter of right, but submit that there is good cause for a Sur-Reply, as follows:
1. To address arguments related to the amendment which you made for the first time on Reply (obviously your bringing up such issues was caused by the Amendment itself, but we still feel the need to respond).
2. To address relevant Congressional testimony from an agency official, which was not available to us at the time of our initial filing. That testimony is found here: https://www.epw.senate.gov/public/index.cfm/hearings?ID=1192BA24-5F7F-446A-AE81-711B3A037E8F . You will note that the agency itself addresses West Virginia v. EPA, and our argument would be that in light of the agency's public comments and testimony any foreseeable harm from disclosure is minimal or nonexistent.

Thank you for your consideration.

Matthew D. Hardin
**Hardin Law Office**
DC Office: 202-802-1948
NYC Office: 212-680-4938
Cell: (434) 202-4224
Email: HardinLawPLLC@icloud.com

---

Received from DeGenaro, Stephen (USADC) < Stephen.DeGenaro@usdoj.gov > on Feb 28, 2023 at 8:37 AM:

You can represent that the government takes no position on your asking for relief to file a corrected statement of facts nunc pro tunc.

Get Outlook for iOS

---

**From:** The Law Office of Matthew D. Hardin, PLLC < hardinlawpllc@icloud.com >
**Sent:** Monday, February 27, 2023 9:40:52 PM
**To:** Matt Hardin < matthewdhardin@gmail.com >; DeGenaro, Stephen (USADC) < SDeGenaro@usa.doj.gov >
**Cc:** Chris Horner < chris@govoversight.org >
**Subject:** [EXTERNAL] Re: Activity in Case 1:22-cv-00298-TJK ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY Response to motion

Good evening,

It came to my attention that I did not follow the procedures required by the standing order in this case for responding to your statement of undisputed facts. Therefore, I intend to file a motion to amend our opposition and bring it into compliance. Can you tell me whether you consent or oppose? If you consent, of course, we will happily extend the deadline for your reply.

Best,

Matthew D. Hardin
**Hardin Law Office**
DC Office: 202-802-1948
NYC Office: 212-680-4938
Cell: (434) 202-4224
Email: HardinLawPLLC@icloud.com

---

Received from dcd_ecfnotice@dcd.uscourts.gov < DCD_ECFNotice@dcd.uscourts.gov > on Feb 24, 2023 at 10:40 PM:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered by Hardin, Matthew on 2/24/2023 at 10:39 PM EDT and filed on 2/24/2023

| | |
|---|---|
| **Case Name:** | ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY |
| **Case Number:** | 1:22-cv-00298-TJK |
| **Filer:** | ENERGY POLICY ADVOCATES |
| **Document Number:** | 17 |

**Docket Text:**

**RESPONSE re [16] MOTION for Summary Judgment filed by ENERGY POLICY ADVOCATES. (Attachments: # (1) Statement of Facts)(Hardin, Matthew)**

**1:22-cv-00298-TJK Notice has been electronically mailed to:**

Anna Davis Walker   Anna.Walker@usdoj.gov , CaseView.ECF@usdoj.gov , sharon.davenport@usdoj.gov

Christopher Cochran Horner   chris@chornerlaw.com , chris@govoversight.org

Matthew D. Hardin   MatthewDHardin@gmail.com , HardinLawPLLC@icloud.com , HardinLawPLLC@outlook.com , Matt@MatthewHardin.com , MatthewDHardin@protonmail.com

Stephen DeGenaro   Stephen.DeGenaro@usdoj.gov , CaseView.ECF@usdoj.gov , EPaxton@usa.doj.gov

**1:22-cv-00298-TJK Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**
**Original filename:**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/24/2023] [FileNumber=8179771-0]
[88fed0b4d143d50f7d5d39f6cc472ea91775d84e09f1374248e9c554a579a423930d
da5412128840aff7dd1baeabe685a85187288c45948d8d68a1df5813eec3]]
**Document description:** Statement of Facts
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/24/2023] [FileNumber=8179771-1]
[a1516fc457a4bb689855c295fc7443fdf1c6b989db237abb3fff7da51cb499ead650