**Date:** Apr 3, 2023 at 12:21 PM
**From:** Walker, Anna (USADC) <Anna.Walker@usdoj.gov>
**To:** Matt Hardin <matthewdhardin@gmail.com>
**Cc:** DeGenaro, Stephen (USADC) <Stephen.DeGenaro@usdoj.gov> , Chris Horner <chris@chornerlaw.com> , Chris Horner <chris@govoversight.org>
**Subject:** RE: [EXTERNAL] Activity in Case 1:22-cv-00298-TJK ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY Response to motion

EXHIBIT B

Hello Matt,

Thank you for your patience in allowing me time to confer with the agency to get back to you on Plaintiff's request for a sur-reply. Defendant opposes Plaintiff's request to file a surreply brief and plans to file an opposition to the motion after it is filed.

Best,
Anna

Anna D. Walker
Assistant United States Attorney
Civil Division
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
Phone:  (202) 252-2544
anna.walker@usdoj.gov

---

**From:** Walker, Anna (USADC)
**Sent:** Thursday, March 30, 2023 10:42 AM
**To:** Matt Hardin <matthewdhardin@gmail.com>; Hammond, Derek (USADC) <DHammond@usa.doj.gov>; Venguswamy, Kartik (USADC) <KVenguswamy1@usa.doj.gov>; Chris Horner <chris@chornerlaw.com>; Chris Horner <chris@govoversight.org>
**Cc:** DeGenaro, Stephen (USADC) <SDeGenaro@usa.doj.gov>
**Subject:** RE: [EXTERNAL] Activity in Case 1:22-cv-00298-TJK ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY Response to motion

Good morning, Matt,

I will review this request with the agency and get back to you on Defendant's position.

Best,
Anna

Anna D. Walker
Assistant United States Attorney
Civil Division
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
Phone:  (202) 252-2544
anna.walker@usdoj.gov

---

**From:** Matt Hardin <matthewdhardin@gmail.com>
**Sent:** Thursday, March 30, 2023 10:38 AM
**To:** Hammond, Derek (USADC) <DHammond@usa.doj.gov>; Walker, Anna (USADC) <AWalker4@usa.doj.gov>; Venguswamy, Kartik (USADC) <KVenguswamy1@usa.doj.gov>; Chris Horner <chris@chornerlaw.com>; Chris Horner <chris@govoversight.org>; Matt Hardin <matthewdhardin@gmail.com>
**Cc:** DeGenaro, Stephen (USADC) <SDeGenaro@usa.doj.gov>
**Subject:** Fwd: [EXTERNAL] Activity in Case 1:22-cv-00298-TJK ENERGY POLICY ADVOCATES v. ENVIRONMENTAL PROTECTION AGENCY Response to motion

Good morning,

I received an auto-reply from AUSA Stephen DeGenaro in reference to the below email, which instructed me to reach out to AUSAs Hammond, Walker, and Venguswamy. Accordingly, I am now forwarding the below email and requesting that the government provide its position on the filing of a sur-reply brief.

Thank you,

**Matthew D. Hardin**
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com