# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ENERGY POLICY ADVOCATES,

       *Plaintiff*,

v.

ENVIRONMENTAL PROTECTION AGENCY,

       *Defendant*.

Civil Action No. 22-298 (TJK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 16, is **GRANTED**, and Plaintiff's Motion for Leave to File Sur-Reply Brief, ECF No. 21, is **DENIED**. Judgment is hereby **ENTERED** for Defendant. This is a final, appealable order. The Clerk of Court is directed to close the case.

**SO ORDERED.**

                                                       /s/ Timothy J. Kelly
                                                       TIMOTHY J. KELLY
                                                       United States District Judge

Date: September 29, 2023