UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENERGY POLICY ADVOCATES,

    Plaintiff,

v.

ENVIRIONMENTAL PROTECTION AGENCY,

    Defendant.

Civil Action No. 22-298 (TJK)

**UNOPPOSED MOTION**

**FOR A STAY OR ALTERNATIVE MOTION FOR AN EXTENSION OF TIME**

NOW COMES the Plaintiff, and files this Unopposed Motion for a Stay of the deadlines under Fed. R. Civ. P. 54 (d), and alternative Motion for an Extension of Time. In support of this Motion, Plaintiff states as follows:

1) On September 29, 2023, this Court issued a Memorandum Opinion and Order resolving the remaining disputed issues in this case, with the exception of Plaintiff's claim for its attorneys' fees and costs.

2) Under Fed. R. Civ. P. 54 (d), Plaintiff would ordinarily have 14 days from the date of that Memorandum Opinion and Order to seeks its attorney's fees and costs.

3) Notwithstanding that Plaintiff did not receive a favorable outcome in the September 29, 2023 Memorandum Opinion and Order, Plaintiff nevertheless believes it is entitled to its fees and costs in this case as a substantially prevailing party because of various documents it obtained before summary judgment briefing commenced.

4) Plaintiff provided its demand to Defendant's counsel on September 29, 2023. Defendant has not yet replied to Plaintiff's demand, but has indicated it does not



RECEIVED
OCT -8 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

oppose either a stay of the relevant deadline or a 14-day extension of the applicable deadlines so that the parties can continue to discuss Plaintiff's demand.

WHEREFORE, Plaintiff respectfully requests that this Court stay all relevant deadlines under Fed. R. Civ. P. 54 (d), or alternatively extend such deadliners for a period of 14 days, through and including October 27, 2023.

Dated: October 8, 2023

Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin, DC Bar No. 1032711
1725 I Street W, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*