UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>    Plaintiff,<br><br>    v.<br><br>ENVIRIONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Civil Action No. 22-298 (TJK) |

## JOINT STATUS REPORT

NOW COME the parties, by and through their respective counsel, and report as follows:

1) A written settlement agreement relating to the issue of attorney's fees and costs has been executed in this matter, and payment is pending.

2) As a result of the settlement, neither party anticipates further motion practice.

3) The parties respectfully recommend that the Court administratively close this case.

\* \* \*

Dated:  December 5, 2023

        Respectfully submitted,

        <u>/s/ Matthew D. Hardin</u>
        Matthew D. Hardin, DC Bar No. 1032711
        1725 I Street W, Suite 300
        Washington, DC 20006
        Phone: (202) 802-1948
        Email: MatthewDHardin@protonmail.com

        *Counsel for Plaintiff*

        MATTHEW M. GRAVES
        D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        By: <u>*/s/ Stephen DeGenaro*</u>
        STEPHEN DEGENARO, D.C. Bar #1047116
        Assistant United States Attorney
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-7229
        stephen.degenaro@usdoj.gov

        *Attorneys for the United States of America*