UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ASSOCIATES,         )<br>)<br>Plaintiff,         )<br>)<br>v.         )<br>)<br>UNITED STATES ENVIRONMENTAL         )<br>PROTECTION AGENCY,         )<br>)<br>Defendant.         )<br>)         | Civil Action No. 22-0298 (TJK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

| | |
|---|---|
| By: /s/Matthew D. Hardin<br>MATTHEW D. HARDIN<br>D.C. Bar No. 1032711<br>1725 I Street, NW, Suite 300<br>Washington, DC 20006<br>Tel:   (202) 802-1948<br>Email: MatthewDHardin@gmail.com<br><br>*Attorney for Plaintiff* | MATTHEW M. GRAVES<br>D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:        */s/ Stephen DeGenaro*<br>STEPHEN DEGENARO<br>D.C. Bar #1047116<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>Telephone: (202) 252-7229<br>stephen.degenaro@usdoj.gov<br><br>*Attorneys for the United States of America* |